73 A.3d 1257

IN THE MATTER OF MICHAEL A. ROWEK, AN ATTORNEY AT LAW (ATTORNEY NO. 008881987).

September 24, 2013.

## ORDER

**MICHAEL A. ROWEK,** formerly of **CLIFTON,** who was admitted to the bar of this State in 1987, having pleaded guilty in the Superior Court of New Jersey, Morris County, to three counts of possession of a controlled dangerous substance (third degree), and one count of possession of device to defraud administration of drug test (fourth degree), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL A. ROWEK** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **MICHAEL A. ROWEK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL A. ROWEK** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.